UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.
MATTHEW THOMAS KROL,
          Defendant

Case No. 1:22-CR-00110-RC
Hon. Rudolph Contreras

**MOTION FOR *PRO HAC VICE* ADMISSION OF COUNSEL FOR
MATTHEW THOMAS KROL**

Pursuant to Criminal Local Rule 44.1(d), Defendant Matthew Thomas Krol moves for the admission and appearance of attorney Michael J Cronkright *pro hac vice* in the above-titled action. This motion is supported by the Declaration of Michael J Cronkright, filed herewith. Defendant Matthew Thomas Krol wishes for Michael J Cronkright to represent him as legal counsel in this criminal case and Michael J Cronkright, Esq. proposes to represent Mr. Krol in this case.

Michael J Cronkright has been admitted to practice law in the State of Michigan since 1995. Since 2010, he has been admitted to practice law in the State of Florida. He is admitted to both the Eastern and Western Federal District Courts in Michigan. He has been admitted to practice in the Sixth Circuit Court of Appeals since 2016. He was sworn in at the United States Supreme Court in 2013. I am also informed that he has been admitted *Pro Hac Vice* in federal districts outside of Michigan. He has also been admitted to practice *Pro Hac Vice* in the District Court for the District of Columbia on two occasions in the last two years and those cases are pending.

1

As a sponsoring attorney, I am and will remain available to consult with Mr. Cronkright as may be needed to assist him with matters of local practice. I understand that he has and will continue to familiarize himself the local rules of this Honorable Court.

Respectfully submitted:

Dated: April 22, 2022

          /S/

Edward Robert Martin, Jr.
DC Bar No. 481866
10017 Park Royal Dr.
Great Falls, VA 22066
(313) 406-6462
edmartin1791@gmail.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA
v.                                            Case No. 1:22-CR-00110-RC
MATTHEW THOMAS KROL,                          Hon. Rudolph Contreras
          Defendant

**CERTIFICATE OF SERVICE**

On April 18, 2022, the undersigned hereby certifies that a true and accurate copy to the foregoing Motion for Admission *Pro Hac Vice*, along with the attached Declaration of Michael J. Cronkright were electronically filed and served via the CM/ECF system, which will automatically send electronic notifications of such filings to all registered parties.

          Respectfully submitted:


Dated: April 07, 2022                              /S/
          Edward Robert Martin, Jr.
          DC Bar No. 481866
          10017 Park Royal Dr.
          Great Falls, VA 22066
          (313) 406-6462
          edmartin1791@gmail.com