UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
v.                                              Case No. 1:22-CR-00110-RC
MATTHEW THOMAS KROL,           Hon. Rudolph Contreras
            Defendant

**DECLARATIONS OF MICHAEL J. CRONKRIGHT**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael J. Cronkright, hereby decree:

1. My full name is Michael J Cronkright. I have a middle initial but no middle name.

2. My office is located at 4601 W. Saginaw Hwy, Ste. J2A, Lansing, MI 48917. My telephone number is (517) 881-4643.

3. I have been admitted to practice law in the State of Michigan since 1996. I have been admitted to practice law in the State of Florida since 2010. I am admitted to the Eastern District Federal Court in Michigan as of August of 1997. I am admitted to the Western Federal District of Michigan as of September of 1996. I am admitted to practice in the Sixth Circuit Court of Appeals as of 2016. I am admitted to practice at the United States Supreme Court as of April 15, 2013.

4. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been suspended, disbarred, or disciplined by any bar; nor have I resigned with charges pending in any jurisdiction or court. There are no disciplinary complaints pending against me for violations of the rules of any jurisdiction or court.

5. I have been admitted pro hac vice in this Court twice in the last two years and am currently an attorney of record in those pending cases.

1

6. I do not engage in the practice of law in the District of Columbia. I do not have an office in the District of Columbia. I am not a member of the District of Columbia bar. I have not previously applied for admission to the D.C. bar or had such an application denied and I have no such application for membership pending.

**I declare under penalty of perjury that the foregoing is true and accurate. Executed in the State of Michigan, this 22th day of April, 2022.**

Respectfully submitted,

BY: Michael J Cronkright
Attorney for William Matthew Krol
4601 W. Saginaw Hwy, Ste J2A
Lansing, MI 48917
Michael@Cronkrightlaw.com
(517) 881-4643