UNITED STATES DISCTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-CR-00110-RC |
| | : | |
| V. | : | |
| | : | |
| MATTHEW THOMAS KROL, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**

NOW COMES, Attorney Michael J Cronkright, and, having been admitted *Pro Hac Vice* by

order of this Court, enters his appearance as lead counsel for Defendant Matthew Thomas Krol.

Respectfully submitted:

/s/ *Michael J Cronkright*
_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed
via the Electronic Court Filing System (ECF), causing a copy to be served upon government
counsel of record, this 25th day of April, 2022.

/s/ *Michael J Cronkright*

Peter A. Cooper