UNITED STATES DISCTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-CR-00110-RC |
| | : | |
| V. | : | |
| | : | |
| MATTHEW THOMAS KROL, | : | |
| | : | |
| Defendant. | : | |

**Defendant Matthew Krol's Unopposed Motion To Continue**

      NOW COMES, Matthew Krol, by and through his Attorney Michael J Cronkright, and moves this Honorable Court to continue the Status Conference currently set for July 7 to a date and time to be determined by the Court after 60 days.  This request is being made by the defense because additional time is needed for review of the voluminous amount of evidence made available to date.  Defendant consents to the tolling of the Speedy Trial Act.  This request was reviewed with AUSA Benjamin Kringer and there is no opposition to the motion.  Further, the undersigned has met personally with Defendant in the detention facility and determined that he is in agreement.

Respectfully submitted:

/s/ *Michael J Cronkright*

_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC
420 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone (517) 881-4643
Michael@Cronkrightlaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Unopposed Motion to Continue is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 6th day of July, 2022.

/s/ *Michael J Cronkright*

_____