UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:22-cr-110 (RC) |
| v. : | |
| : | |
| MATTHEW THOMAS KROL : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S SUPPLEMENTAL RESPONSE
### TO DEFENDANT'S MOTION TO REVOKE DETENTION ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this supplemental response to the defendant's Motion to Revoke Detention Order (ECF Doc. 24). On October 6, 2022, a bond hearing was held. During the hearing, this Court requested the government to supplement its response with relevant chat transcripts between defendant Krol and individuals associated with extremist militia activities in Michigan.

Krol had substantive contacts with two of the subjects involved in the plot to kidnap Michigan Governor Gretchen Whitmer, specifically, Adam Fox and Joe Morrison. Fox was recently convicted on Federal charges of Conspiracy to Kidnap and Conspiracy to Use Weapons of Mass Destruction.[1] *See U.S. v. Fox, et al.*, No. 1:20-cr-00183-RJJ (W.D. Mich. Aug. 23, 2022). Joe Morrison is currently on trial by the State of Michigan for charges of Providing Material Support of a Terrorist Act, Commission of a Felony on Behalf of a Gang, and Commission of a

---

[1] Tresa Baldas and Arpan Lobo, *Jury convicts Adam Fox, Barry Croft Jr. in Whitmer kidnapping plot*, Detroit Free Press, https://www.freep.com/story/news/local/michigan/2022/08/23/whitmer-kidnap-case-verdict-guilty-adam-fox-barry-croft-jr/7873790001/ (last visited October 9, 2022).

Felony Using a Firearm.[2] The government has attached the relevant portions from Facebook records as Exhibits 1-3.

## CONCLUSION

The United States respectfully opposes defendant Krol's motion to revoke detention.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Andrew J. Tessman
 ANDREW J. TESSMAN
Assistant United States Attorney
District of Columbia – Detailee
WV Bar No. 13734
300 Virginia Street
Charleston, WV 25301
(304) 345-2200
Andrew.Tessman@usdoj.gov

---

[2] *Jury Picked In Trial Related To Gov. Whitmer Kidnapping Plot*, The Associated Press, https://www.live5news.com/2022/10/05/jury-picked-trial-related-gov-whitmer-kidnapping-plot/ (last visited October 9, 2022).