**Sent**
2020-06-16 01:17:24 UTC
**Body**  Or lurk, whatever.

**Author**  Fox Ad (Facebook: 100010547927636)
**Sent**  2020-06-16 01:17:48 UTC
**Body**  So who's really willing to put it all o  the line for Freedom and Liberty

**Author**  Bill Hewer (Facebook: 100043176425108)
**Sent**  2020-06-16 01:17:59 UTC
**Body**  Bill: 🗮🗮
**Attachments**  sticker (369239343222814)
           **Type**  image/png
           **Size**
           **URL**  https://interncache-ldc.fbcdn.net/v/t39.1997-6/8
51587_369239346556147_162929011_n.png?cc
b=1-3&_nc_sid=0572db&efg=eyJ1cmxnZW4iOiJ
waHBfdXJsZ2VuX2NsaWVudC9pbnRlcnRpdHkvc3RpY
2tlcnMifQ%3D%3D&_nc_ad=z-m&_nc_cid=0&_n
c_ht=interncache-ldc&oh=b1f6515918f245058c
d9c87905c22efb&oe=60C109C6



**Photo ID**  369239343222814

**Author**  Fox Ad (Facebook: 100010547927636)
**Sent**  2020-06-16 01:18:47 UTC
**Body**  Hypothetically if we had to storm the Capitol and charge politicians and the Governor with their crimes, who would honestly commit to this??

**Author**  Bill Hewer (Facebook: 100043176425108)
**Sent**  2020-06-16 01:22:50 UTC
**Body**  Keep in.mind that this is the opposite of a secure channel...

**Author**  Fox Ad (Facebook: 100010547927636)
**Sent**  2020-06-16 01:23:27 UTC
**Body**  Aye I just asked a hypothetical question lol, so hypothetical answers only 🗮🗮🗮🗮🗮

**Author**  Matt Krol III (Facebook: 654854331)
**Sent**  2020-06-16 01:23:59 UTC

**Body**
That particular issue: ME... the reason I state that particular issue, I'm willing to kill or die for Liberty. 24-25 years ago, I had a militia leader ask me to gun fight the police over a dilapidated boat the was owned by his estranged daughter and court ordered to allow them access to his property over it... I refused that request! 

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:24:38 UTC
**Body** Uhhh ok

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:26:02 UTC
**Body** Everything said on here is hypothetical but it's time to move past the rally's and pointless bullshit that doesn't work

**Author** Matt Krol III (Facebook: 654854331)
**Sent** 2020-06-16 01:26:35 UTC
**Body** However, i spoke on the Michigan Capital steps last fall that I would rather apprehend Tyrants at the Capital, hang them on those beautiful oak trees then kill citizens in a civil war... just saying

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:26:54 UTC
**Body** We cannot fight their fight that's been proven for long time now

**Author** Matt Krol III (Facebook: 654854331)
**Sent** 2020-06-16 01:27:35 UTC
**Body** Adam... the problem is... 30-300 is not enough, so we rally to try and build that number!

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:28:02 UTC
**Body** Pfffft do we have even 200?

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:28:07 UTC
**Body** I seriously dont know

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:29:14 UTC
**Body** We've done the same things for years with futile results and the Tyrany grows and is an all time high

**Author** Fox Ad (Facebook: 100010547927636)
**Sent** 2020-06-16 01:29:20 UTC
**Body** Logging off check in tomorrow

**Author** Matt Krol III (Facebook: 654854331)
**Sent** 2020-06-16 01:30:07 UTC
**Body** I've been doing this a long long time... numbers are the only way... unless they make the 2A totally illegal or the blue helmets starry marching on our soil!

**Author** Matt Krol III (Facebook: 654854331)
**Sent** 2020-06-16 01:30:24 UTC
**Body** You sent a photo.
**Attachments** image-504167400307643 (504167400307643)
**Type** image/jpeg