Facebook Business Record                                    Page 5432

Marketplace. Would you like to renew it now?

**Share**      **Date Created**  2020-01-22 19:52:55 UTC
               **Text**
               **Url**


**Author**  Joe Morrison (100000583047107)
**Sent**    2020-01-22 19:53:27 UTC
**Body**    Renew Listing

**Author**  Facebook Marketplace Assistant (389917088531093)
**Sent**    2020-01-22 19:53:29 UTC
**Body**    OK, we've renewed your listing. You can renew your listing 4 more
            times after 7 days.


**Thread**  (10157259522139332)
**Current**  2020-04-20 00:37:51 UTC
**Participants**  Matt Krol III (654854331)
            Joe Morrison (100000583047107)


**Author**  Joe Morrison (100000583047107)
**Sent**    2020-01-15 23:36:34 UTC
**Body**    Hey Matt what are the guidelines for the rally armed??

**Author**  Joe Morrison (100000583047107)
**Sent**    2020-01-16 00:11:13 UTC
**Body**    ?

**Author**  Matt Krol III (654854331)
**Sent**    2020-01-16 00:12:40 UTC
**Body**    Sorry, I didn't see this... Michigan law... Open carry and concealed
            if you have a permit or want to just take that chance. 🔫🔫 NO
            RESTRICTIONS ON OUR PART!

**Author**  Joe Morrison (100000583047107)
**Sent**    2020-01-16 00:13:28 UTC
**Body**    Full kit and ar it is thank you brother

**Author**  Matt Krol III (654854331)
**Sent**    2020-01-16 00:13:40 UTC
**Body**    Matt: 🔫🔫
**Attachments**  sticker (369239263222822)
                **Type**  image/png
                **Size**  0
                **URL**  https://attachment.fbsbx.com/messaging_attach
                         ment.php?aid=369239263222822&mid=mid.%2
                         4cAABa8xQyn3h13PgYsVvq7LQd9qr1&uid=1000
                         00583047107&accid=100000583047107&previ
                         ew=0&hash=AQB2bbf0KMRJACgdl_yeLKRIFh3uS
                         QOXSOkgCewJemQI0w



**Photo Id:** 369239263222822

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:13:55 UTC
**Body** Roger, I know a number of peeps doing that

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:14:38 UTC
**Body** Because I'm one of the coordinators, dealing with all that gear will be to much for me!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:14:54 UTC
**Body** I got my boys coming full kit those that can

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:15:12 UTC
**Body** Matt sent a photo.
**Attachments** image-1264142130532216 (1264142130532216)
**Type** image/jpeg
**Size** 59730
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=1264142130532216&mid=mid.%24cAABa8xQyn3h13PmAB1vq7Q0fgFCy&uid=100000583047107&accid=100000583047107&preview=0&hash=AQC4RGL8o-kaXAjFwEiIQz-iHIB5pGXJjFa1qlOPK4HaVQ



**Photo Id:**
1264142130532216

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:15:23 UTC
**Body** That's me on the far right!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:15:45 UTC
**Body** Hell yeah brother

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:15:59 UTC
**Body** Hell yeah!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:16:47 UTC
**Body** Cant wait

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:17:18 UTC
**Body** Make sure you all dress warm as well!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:18:01 UTC
**Body** Will do brother

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:18:07 UTC
**Body** God's speed

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:18:18 UTC
**Body** You as well!

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:18:40 UTC
**Body** Matt sent a photo.
**Attachments** image-512341066297505 (512341066297505)
**Type** image/jpeg
**Size** 122057
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=512341066297505&mid=mid.%2
4cAABa8xQyn3h13PysC1vq7dhQATDn&uid=100
000583047107&accid=100000583047107&prev
iew=0&hash=AQC-sUWnbmgKcUyIiOA6ux5CD6
N_-WYsZAm7cEVIlqfziw



**Photo Id:** 512341066297505

**Author** Matt Krol III (654854331)
  **Sent** 2020-01-16 00:18:46 UTC
  **Body** A close up

**Author** Matt Krol III (654854331)
  **Sent** 2020-01-16 00:18:50 UTC
  **Body** 🤣🤣

**Author** Joe Morrison (100000583047107)
  **Sent** 2020-01-16 00:19:20 UTC
  **Body** That's how I'll be looking

**Author**
        Matt Krol III (654854331)
**Sent**  2020-01-16 00:20:28 UTC
**Body**  Matt: 🏻🏻
**Attachments**  sticker (369239263222822)
                    **Type**  image/png
                    **Size**  0
                    **URL**  https://attachment.fbsbx.com/messaging_attach
                              ment.php?aid=369239263222822&mid=mid.%2
                              4cAABa8xQyn3h13P5UCFvq7kL3pj2e&uid=1000
                              00583047107&accid=100000583047107&previ
                              ew=0&hash=AQCdYaR8ogwSRj7LmQocuuJn8x_
                              ZtHNuzVyoss67UdGwPQ



**Photo Id:**  369239263222822

**Author**  Matt Krol III (654854331)
**Sent**  2020-01-16 00:20:43 UTC
**Body**  Matt sent a photo.
**Attachments**  image-469914717265494 (469914717265494)
                    **Type**  image/jpeg
                    **Size**  63786
                    **URL**  https://attachment.fbsbx.com/messaging_attach
                              ment.php?aid=469914717265494&mid=mid.%2
                              4cAABa8xQyn3h13P6Om1vq7IDJDe9-&uid=1000
                              00583047107&accid=100000583047107&previ
                              ew=0&hash=AQBRCLTvFi378U-
                              i01k7dWQUxkVSir96WBNphgvaHvSrgg

# Me: I promise I won't get all political.
# 3 DRINKS LATER

**Photo Id:** 469914717265494

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:20:57 UTC
**Body** Just don't look like this!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:24:18 UTC
**Body** That you?(

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 00:24:56 UTC
**Body** Yep... lol tell you all about it at the rally

Facebook Business Record                                    Page 5438

**Author**
       Joe Morrison (100000583047107)
**Sent** 2020-01-16 00:25:18 UTC
**Body** Sounds good brother

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 02:25:02 UTC
**Body** You sent a photo.
**Attachments** image-484543988923182 (484543988923182)
                 **Type** image/jpeg
                 **Size** 39358
                 **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=484543988923182&mid=mid.%24cAABa8xQyn3h13XBdJIvrCsOFU1je&uid=100000583047107&accid=100000583047107&preview=0&hash=AQAPx5_WxWgRFrVYG5_NZcq0Tnq9fqAG0N3OOH-0Npnnew



**Photo Id:**
484543988923182

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 03:34:55 UTC
**Body** Matt: 🗄🗄
**Attachments** sticker (369239263222822)
**Type** image/png
**Size** 0
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=369239263222822&mid=mid.%24cAABa8xQyn3h13bBYrVvrGsQdMgfd&uid=100000583047107&accid=100000583047107&preview=0&hash=AQDx5eR6M_EUN0rOZQM2TIaJhDwTdTLBOjRoDaIDRYImYA



**Photo Id:** 369239263222822

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 03:35:14 UTC
**Body** Ready for the rally

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 16:56:47 UTC
**Body** What's the time for the rally

**Author** Matt Krol III (654854331)
**Sent** 2020-01-16 17:13:07 UTC
**Body** 12:30 official start time

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-16 17:17:14 UTC
**Body** Good to go

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-22 01:56:25 UTC
**Body** So boogaloo party is when we bring the tar and feather??

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-22 02:00:34 UTC
**Body** You sent a photo.
**Attachments** image-3651936874835128 (3651936874835128)
**Type** image/jpeg
**Size** 263950
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=3651936874835128&mid=mid.%24cAABa8xQyn3h1_EAhT1vyvrQY8A7R&uid=100000583047107&accid=100000583047107&preview=0&hash=AQAP9LJ1_Tj-EbIBwmgBY445Sc7MfOMWhIEvAdryH1VD1A

Facebook Business Record

cricket                    📳 ▼ ◢ ▮ 75%  9:00 PM

 **Matt Krol III**
2 hrs · 🌐

Looks like a BOOGALOO PARTY... love their attire! 🇺🇸🏝️🌺

Me thinks we need a BOOGALOO DRESS UP PARTY in Lansing once the weather breaks! Bring some grills and beverages (soft because of where) and lot of GUNS! Every one would be required to wear boogaloo vibe clothing. — with **Lee Miracle**.

👍❤️😆 34                               1 Comment

❤️ Love          💬 Comment          ↪ Share



.ıll Sprint 🤝          6:19 PM                    🔋

📷              *Instagram*              ◁

**Facebook Business Record**                                    Page 5443

**Photo Id:**
3651936874835128

**Author** Matt Krol III (654854331)
**Sent** 2020-01-22 02:03:08 UTC
**Body** I'll get back with you on that!

**Author** Joe Morrison (100000583047107)
**Sent** 2020-01-22 02:03:25 UTC
**Body** Ok

**Thread** (3269059486444794)
**Current** 2020-04-20 00:37:51 UTC
**Participants** Shane Parisi (1578787343)
Ryan Bennett (100000188133519)
Joe Morrison (100000583047107)
Lexi Nicole Roberts Beach (100000904704577)
Glen Monk (100001320101829)

**Author** Lexi Nicole Roberts Beach (100000904704577)
**Sent** 2020-01-21 21:59:12 UTC
**Body** Lexi created the group.

**Author** Lexi Nicole Roberts Beach (100000904704577)
**Sent** 2020-01-21 21:59:13 UTC
**Body** Hey guys I'm making a surprise memorabilia album thing for
Anthony's military experience. If you guys have any photos with
him that you think are good at all  could you please send them to
me. If u know anyone hed want to include let me know as well!
Especially if yall have any with Hodges cuz obviously I cant connect
with him right now. Thanks!

**Author** Glen Monk (100001320101829)
**Sent** 2020-01-21 22:03:37 UTC
**Body** Glen sent a photo.
**Attachments** image-476128579995774 (476128579995774)
**Type** image/jpeg
**Size** 74916
**URL** https://attachment.fbsbx.com/messaging_attach
ment.php?aid=476128579995774&mid=mid.%2
4gAAudMTlwbPp1-2cutIvyiHgjpU0W&uid=10000
0583047107&accid=100000583047107&previe
w=0&hash=AQD2nKYbcbbu5ZHrfAXTT4XVupgl
MGVAw0hKlFFFx9-a3Q