**Time**
2020-04-11 13:28:33 UTC

**User** Matt Krol III (654854331)
**Text** @[1791556409:2048:Juan Cortez] me too
**Time** 2020-04-11 13:29:11 UTC

**User** Matt Krol III (654854331)
**Text** @[1749867959:2048:Kevin Cagney] not for free men!
**Time** 2020-04-11 14:58:54 UTC

**User** Scott Rygg (100020755396467)
**Text** Yep
**Time** 2020-04-11 13:16:40 UTC

**User** Will Scott (1404141975)
**Text** Its sick.
**Time** 2020-04-11 13:59:21 UTC

**User** Matt Krol III (654854331)
**Text** @[100000583047107:2048:Joe Morrison] shame on them!
**Time** 2020-04-11 16:05:47 UTC

**User** Matt Krol III (654854331)
**Text** @[100000583047107:2048:Joe Morrison] maybe they're related to Whitmer the Hunn
**Time** 2020-04-11 16:06:35 UTC

**User** Joe Morrison (100000583047107)
**Text** Delete my comment this group is pathetic no liberty with this admins
**Time** 2020-04-11 15:56:25 UTC

**User** Joe Morrison (100000583047107)
**Text** Y'all really want to limit my free speech when I call yall out
**Time** 2020-04-11 15:55:59 UTC

**User** Joe Morrison (100000583047107)

     

cricket 72% 10:45 AM





commented on your stat...
1 hour ago



**Jesse McDonald** and **Jeremy Rietman** have birthdays today. Wish th...
1 hour ago



Your post was removed from **Michigan United for Liberty** by an admin. See...
1 hour ago



**Jada Morrison** tagged you in a post.
1 hour ago



**Elisabeth Larsen**, **Dom DeLiso** and 41 others reacted to your photo in ...
1 hour ago

**Troy Smith**, **Sean Watt** and 11 others commented on a post y...
1 hour ago

**Photo ID** 3394567223906012

**Text**
**Time** 2020-04-11 15:55:39 UTC

**User** Timothy Harold Butler II (100000960240378)

GOVERNOR WHITMER
(517) 335-7858
CONSTIUENT SERVICES NUMBER

**Photo ID** 3608315455877094

**Text**
**Time** 2020-04-11 23:51:23 UTC

**User** Joe Morrison (100000583047107)

cricket        90%  9:18 AM

  **Admin Feedback**

## Feedback About Your Removed Post

You'll be able to see these details until Apr 25, 2020.

**Your post**

 **Joe Morrison**
✋ New Member · 12 mins · 🌐

So is this group actually about restoring Liberty cause I don't think most of you are gonna like how that's gonna have to be done especially after this covid 19

**Notes from the Admins**

We will not be promoting violence if that is what you are referring to.   •••

**Photo ID**
3394567103906024

**Text**
**Time** 2020-04-11 15:55:36 UTC
**User** Kevin Cagney (1749867959)



**Photo ID** 10207112148639325
**Text**
**Time** 2020-04-11 13:36:29 UTC

**Posted** 2020-04-22 17:39:17 UTC
**Status** Then you should just stay home!
**Mobile** true
**Id** 10157571169859332




**Photo ID** 10157571168784332

**WHEN QUARANTINE PROTESTS BOTHER YOU BUT CROWDED SUPERMARKETS DON'T...**

*So You're Retarded. Now What?*

**Photo ID** 10157571168749332
**Comments**      **User** Matt Krol III (654854331)
                  **Text** I love all the memes 🤣🤣🤣🤣
                  **Time** 2020-04-22 17:39:56 UTC

                  **User** Melissa Arendsen (1484108430)