UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00110-RC |
| | Hon. Rudolph Contreras |
| v. | |
| MATTHEW THOMAS KROL, | |
| Defendant. | |

Michael J Cronkright (P52671)
Attorney for Matthew Thomas Krol
4601 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone: (517) 719-4401
Fax: (517) 913-6123
Michael@Cronkrightlaw.com

Andrew Tessman
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001
Phone: (202) 256-2397
Andrew.Tessman@usdoj.gov

**Defendant Matthew Krol's Unopposed Motion To Continue**

NOW COMES, Matthew Krol, by and through his Attorney Michael J Cronkright, and moves this Honorable Court to continue the Status Conference currently set for May 08, 2023 to a date and time to be determined by the Court after 60 days. This request is being made by the defense because additional time is needed for review of the voluminous amount of evidence made available to date.

On or before March 18, 2023, Mr. Krol was transferred to the D.C. Central Detention Facility. With this change, counsel was able to send a digital copy of case materials including case specific discovery for Mr. Krol to review.  Unfortunately, the facility has not provided access to a computer.  Communications with the Detention Facility staff indicate that he should have access to a computer soon, perhaps as soon as next week.  Further, communications with

counsel have been strained by the fact that Mr. Krol has not, until recently gained access to the APDS messaging system.  That line of communication is now working.

Defendant consents to the tolling of the Speedy Trial Act. This request was reviewed with AUSA Andrew Tessman and there is no opposition to the motion. Further, the undersigned has communicated with Defendant and determined that he consents to this motion.

Respectfully submitted:

/s/ *Michael J Cronkright*

_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC