UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00110-RC |
| | Hon. Rudolph Contreras |
| v. | |
| MATTHEW THOMAS KROL, | |
| Defendant. | |

Michael J Cronkright (P52671)
Attorney for Matthew Thomas Krol
4601 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone: (517) 719-4401
Fax: (517) 913-6123
Michael@Cronkrightlaw.com

Andrew Tessman
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001
Phone: (202) 256-2397
Andrew.Tessman@usdoj.gov

**Defendant Matthew Krol's Unopposed Motion To Continue**

NOW COMES, Matthew Krol, by and through his Attorney Michael J Cronkright, and moves this Honorable Court to continue the Status Conference currently set for July 10, 2023 to a date and time to be determined by the Court after 30 days. This request is being made by the defense because additional time is needed for review of the voluminous amount of evidence made available to date. As was previously reported to the Court, on or before March 18, 2023, Mr. Krol was transferred to the D.C. Central Detention Facility. With this change, counsel was able to send a digital copy of case materials including case specific discovery for Mr. Krol to review.  Unfortunately, the facility was not able to provide Mr. Krol with access to a computer until on or about June 20, 2023.  Since that time Mr. Krol has actively engaged in the process of discovery review.  Discussions with the Government regarding possible resolution of this matter continue.

Defendant consents to the tolling of the Speedy Trial Act. This request was reviewed with AUSA Andrew Tessman and there is no opposition to the motion. Further, the undersigned has communicated with Defendant telephonically and determined that he is in agreement.

Respectfully submitted:

/s/ *Michael J Cronkright*
_____
Michael J Cronkright (P52671)
Cronkright Law, PLLC