UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00110-RC |
| | Hon. Rudolph Contreras |
| v. | |
| MATTHEW THOMAS KROL, | |
| Defendant. | |

| | |
|---|---|
| Michael J Cronkright (P52671) | Andrew Tessman |
| Attorney for Matthew Thomas Krol | United States Attorney's Office |
| 4601 W. Saginaw, Ste. J2A | 555 4th Street NW |
| Lansing, MI 48917 | Washington, D.C. 20001 |
| Phone: (517) 719-4401 | Phone: (202) 256-2397 |
| Fax: (517) 913-6123 | Andrew.Tessman@usdoj.gov |
| Michael@Cronkrightlaw.com | |

DEFENDANT'S UNOPPOSED MOTION
TO CONVERT STATUS HEARING TO A CHANGE OF PLEA HEARING

Defendant Matthew Krol, by and through his attorney, Michael J Cronkright, respectfully files this motion to convert the hearing currently set for August 15, 2023 at 10:00 a.m to an in-person change of plea hearing. The hearing currently set is a status hearing.

The parties have worked diligently to reach an agreement, and the negotiations have now concluded. The parties have agreed on the details of the written plea agreement and the Statement of Facts.

The undersigned represents affirmatively that he has discussed the earlier proposed agreement thoroughly with Mr. Krol in person and, as a result, made certain requests of the Government as a result of Mr. Krol's feedback. The amendments discussed have now been agreed to by all parties. In multiple phone conferences with Mr. Krol, he has agreed with the final details and is prepared to proceed.

The undersigned is expected to travel to the District of Columbia this weekend and obtain Mr. Krol's actual signature on the necessary documents at that time, with the expectation that those documents will be delivered to the AUSA either on the weekend or early Monday morning.

The request to convert is made by Defendant because he has continuing health concerns which he feels will be more efficaciously addressed in another venue. As a result, he is requesting to proceed with the plea and sentencing in an expedited manner.

A draft of this motion has been presented to AUSA Andrew Tessman and the motion is unopposed.

Respectfully submitted:

/s/

_____
Michael J Cronkright
Attorney for Matthew Krol