UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 1:22-cr-110 (RC) |
| v. | : | |
| | : | |
| **MATTHEW THOMAS KROL** | : | |
| | : | |
| **Defendant.** | : | |

## OPPOSITION TO DEFENDANT'S MOTION
## FOR TEMPORARY RELEASE FROM CUSTUDY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's Motion for Temporary Release from Custody (Filed Under Seal).

1. The defendant was detained after his arrest on February 22, 2022 and a detention hearing in the Eastern District of Michigan.

2. On September 13, 2022, the defendant filed a motion to reopen the detention hearing based primary on the defendant's health conditions. ECF 24-25. The motion was denied by this Court on November 15, 2022. ECF 30-31.

3. Shortly before the defendant plead guilty on August 15, 2023, the defendant filed a motion for temporary release from custody. The motion was filed under seal due to the private health information contained in the motion.

4. The government has received a copy of the motion for temporary release directly from counsel, but there is no indication that the motion was filed from viewing the public docket. Further, the undersigned attorney has yet to receive any medical evidence to support the defendant's claims concerning his health conditions. Nevertheless, the government will file this

response to protect the record.

5. The government opposes the defendant's request for temporary release. The request to have the defendant temporarily released to the care of his own physician is wholly unsubstantiated by the motion and the record. However, the government does not oppose the alternative request for an expedited sentencing hearing.

                                                  Respectfully submitted,

                                                  MATTHEW M. GRAVES
                                                  United States Attorney
                                                  D.C. Bar Number 481052

By: */s/ Andrew J. Tessman*
     ANDREW J. TESSMAN
     Assistant United States Attorney
     District of Columbia – Detailee
     WV Bar No. 13734
     300 Virginia Street
     Charleston, WV 25301
     (304) 345-2200
     Andrew.Tessman@usdoj.gov