UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | &#124; | Case No. 1:22-CR-00110-RC |
| | &#124; | Hon. Rudolph Contreras |
| v. | &#124; | |
| | &#124; | |
| MATTHEW THOMAS KROL, | &#124; | |
| | &#124; | |
| Defendant. | &#124; | |

Michael J Cronkright (P52671)
Attorney for Matthew Thomas Krol
4601 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone: (517) 719-4401
Fax: (517) 913-6123
Michael@Cronkrightlaw.com

Andrew Tessman
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001
Phone: (202) 256-2397
Andrew.Tessman@usdoj.gov

## SUPPLEMENT TO DEFENDANT'S MOTION
## FOR TEMPORARY RELEASE FROM CUSTODY

NOW COMES Defendant, Matthew Krol, by and through his attorney, Michael J. Cronkright, and states:

1. With permission from the Court, Defendant filed his Motion for Temporary Release from Custody, and his medical records, under seal.

2. In his Motion, Defendant asked for temporary release from custody or in the alternative an expedited sentencing.

3. Sentencing is currently set for December 15, 2023.

4. The purpose of this supplemental filing is to inform the court that Defendant is housed in a unit where various individuals have tested positive for COVID. Upon information and belief, the unit is in COVID lockdown and certain individuals have been moved to isolation due to testing positive.

5. Further upon information and belief, there are a substantial number of inmates in the facility who have tested positive for COVID.

6. Defendant is concerned that his heart conditions elevate his risk of severe medical consequences if he were to contract COVID.

7.  Defendant would assert that it is now common knowledge that heart patients are categorized amongst the COVID high risk categories.

8.  Defendant would further assert that the safest place for him pending sentencing would be under confinement at home.

9.  Defendant does not require oral arguments, but requests immediate consideration of his motion.

10. The undersigned has further conferred with AUSA Tessman and confirmed the following:
    A. That the government remains opposed to the request for temporary release.
    B. That the government continues to concur in the request for an expedited sentencing hearing.

WHEREFORE, DEFENDANT REQUESTS:

A. That the Court grant immediate consideration of this motion.
B. That this Court grant Temporary Release from custody under suitable conditions to allow him to seek further evaluation and care from his own physician.
C. In the alternative, that this Court grant an expedited sentencing.


Respectfully submitted:


September 20, 2023                              /s/

                                               _____
                                               Michael J. Cronkright (P52671)