**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  22-110 (RC) |
| | : | |
| MATTHEW THOMAS KROL, | : | |
| | : | |
| Defendant. | : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **December 15, 2023, at 9:30 a.m.** in person in Courtroom 23A;

2. counsel shall submit objections (if any) to the draft pre-sentence investigation report[1] to the probation officer no later than **November 17, 2023**;

3. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **November 30, 2023**; and

4. any party wishing to submit a memorandum in aid of sentencing must do so no later than **December 7, 2023**, with all responses (if any) due by **December 12, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated:  November 6, 2023                                                                   RUDOLPH CONTRERAS
                                                                                                          United States District Judge

---

[1] Probation filed a draft pre-sentence investigation report on November 3, 2023.  *See* ECF No. 46.