UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-CR-00110-RC |
| | Hon. Rudolph Contreras |
| v. | |
| MATTHEW THOMAS KROL, | |
| Defendant. | |

Michael J Cronkright (P52671)
Attorney for Matthew Thomas Krol
4601 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone: (517) 719-4401
Fax: (517) 913-6123
Michael@Cronkrightlaw.com

Andrew Tessman
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001
Phone: (202) 256-2397
Andrew.Tessman@usdoj.gov

## DEFENDANT'S MOTION FOR FAMILY TO ATTEND SENTENCING HEARING VIA ZOOM

NOW COMES, Matthew Thomas Krol, by and through his Attorney Michael J Cronkright, and respectfully requests this court to allow Mr. Krol's wife to attend the Sentencing Hearing currently scheduled on Friday, December 15th, 2023, at 9:30AM via zoom as she is unable to attend the hearing in person.

Respectfully Submitted,

Dated: November 27th, 2023

Michael J Cronkright (P52671)
Attorney for Matthew Krol