

Date of entry   02/15/2023

AQUILINO GONELL, date of birth (DOB) ▮▮▮▮▮, was interviewed at telephone number ▮▮▮▮. After being advised of the identity of the interviewing Agent and the nature of the interview, GONELL provided the following information:

GONELL was told the nature of the interview was to answer three questions from the Assistant United States Attorney handling the MATT KROL prosecution. Those questions were:

1. Which of his hands were injured?
2. What was the extent of the treatment for the injury?
3. How do you know it was the strikes from KROL that caused the injury?

GONELL addressed each question in turn and provided photos and screenshots via text message to illustrate his explanations. Some of the images are included in this report. The full extent of images provided has been included in the 1A package attached to this document.

**1. Which of his hands were injured?**

GONELL's right hand was injured. GONELL provided the following images he said were taken the evening of 01/06/2021:

Investigation on  02/15/2023  at  Flint, Michigan, United States (Phone)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted  02/15/2023

by  Jayson R. Chambers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of  erview with AQUILINO GONELL on 02/15/2023 , On 02/15/2023 , Page 2 of 6



GONELL stated that his right pinkie finger had been injured years before KROL's assault and clarified that the shape of his pinkie finger in the images above was not related to KROL's assault.

GONELL also provided a screenshot from body camera footage showing his hand bleeding after KROL's assault:



**2. What was the extent of the treatment for the injury?**

   GONELL explained that along with extensive bruising and cuts, the assault by KROL caused permanent damage to the ligaments in his right thumb. GONELL attended physical therapy for his hand in the weeks following KROL's assault.

   Physicians conducted many tests, including multiple X-rays, to determine the extent of the damage and possible treatment options. Doctors told GONELL that surgery was an option, but GONELL decided against it. GONELL stated that experiences pain and discomfort in his right thumb on a regular basis as a result of the injuries sustained from KROL's assault.

**3. How do you know it was the strikes from KROL that caused the injury?**

   GONELL said that although he was involved in many confrontations throughout that day, he vividly remembers KROL's assault with the baton. Specifically, GONELL said that he remembers looking up and seeing a white male with a white goatee wearing a pink or burgundy hood coming towards him and striking his hand with a baton.

Continuation of FD-302 of  terview with AQUILINO GONELL on 02/15/2023                              , On  02/15/2023 , Page  4 of 6

GONELL realized the seriousness of his injuries from the baton strike when he later saw his hand was bleeding.

GONELL used the following image to describe KROL's assault:



In this image, GONELL identified himself as the officer on the far left of the image whose right hand is grabbing hold of a green backpack worn by an unidentified individual. GONELL explained that the officer on the ground in the center-bottom of the image was being assaulted by the unknown individual wearing the camouflage jacket, gas mask, and green backpack. In that moment, GONELL was dragging the camouflaged individual off of the fallen officer, exposing his right hand from the protection of the shield he held in his left hand. KROL can be seen in the center-right of the image holding up a baton and coming towards GONELL. KROL then struck GONELL on his unprotected right hand.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  erview with AQUILINO GONELL on 02/15/2023  , On  02/15/2023  , Page  5 of 6

GONELL provided other images that captured KROL's assault from other angles:



GONELL explained that the two images above are taked from the same video footage. The image on the left shows KROL during the assault. The image on the right shows the moment KROL's baton struck GONELL in the hand.

GONELL also provided the following image of KROL's assault with the cursor placed on screen to identify KROL:



As a result of his injuries, GONELL was unable to pass the standard firearms qualifications required of Capitol Police law enforcement officers. Although he was a sergeant who had already passed the exam to become a lieutenant and was seven years from retirement, GONELL was forced to separate from the Capitol Police as a result of the injuries sustained from KROL's assault. GONELL's separation was complete on December 12, 2022.

The Federal Office of Personnel Management approved GONELL for disability status as a result of the injuries he sustained from KROL's assault.