FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry _____11/02/2021_____

On 10/27/2021 and 10/29/2021, FLRA received information from Customs and Border Protection that Matthew Thomas Krol, date of birth (DOB): ▮▮▮▮▮▮▮, was subjected to secondary inspection coming inbound to the United States at San Ysidro, California as the passenger of a black 2006 Ford F-150, Nevada license plate ▮▮▮▮. Krol was traveling with:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

CBP summarized their interview with Krol as follows:

At approximately 1900 hours, NSU Officers responded to the Security Office to interview KROL, who was visibly upset about being detained. He stated, "I'm pretty pissed." NSU Officers apologized to KROL and advised the scenario he witnessed was due to protocols in place at the POE. He was asked if he knew the nature of his inspection and he replied "yeah, because I'm a Trump supporter. That's the only reason." KROL requested water, which he was given. NSU Officers then escorted KROL out of the Security Office, into the administrative processing area for the interview.

KROL shared the purpose of his trip to Mexico was his son's wedding, approximately three or four days ago. The wedding took place at Bruma Valle de Guadalupe, Baja California. They then traveled Ensenada, Baja California, where they rented a seven-room home and spent time with his

UNCLASSIFIED//FOUO

Investigation on  10/29/2021  at  Flint, Michigan, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮   Date drafted  11/02/2021

by  Jayson R. Chambers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Krol Stopped at Mexican Border

Continuation of FD-302 of _on 10/27/2021_____ , On _10/29/2021_ , Page _2 of 3_

son's cousins from Detroit, MI, who were groomsmen in the wedding. "[They] ate food, drank some tequila," and are now on their way back home. KROL's return flight to Michigan is scheduled for 30 October 2021 out of Las Vegas, NV. Las Vegas is where his newly wed son, and daughter Ashley live. His son was identified through CBP systems as ███████ ████████). KROL still lives in Michigan, where all three of his kids were born and raised. KROL shared his other daughter flew back to Michigan from San Diego this morning (27 October 2021). NSU Officers were able to identify his daughter through CBP systems as █████████████████ ████████████████████████████████████████████).

KROL was addressed about the nature of his inspection and again he reiterated that he is a Trump supporter and was proud of it. He claimed, "there is a lying fucking thief in the Office, and he needs to go." He also added, "...and the bitch in Michigan, the governor, she needs to be arrested." KROL self-identified as being more patriotic than any of the Officers in the surrounding area. He had enlisted in the military but requested to be sent home before becoming a Marine, which he regrets. KROL is a construction worker, builder, and renovates homes. He is self-employed but was not in possession of any business cards at the time of inspection. KROL shared he is from an area just south of Flint, MI and ran for Genesee County Sheriff five years ago due to the water problem and the actual sheriff's inactions.

KROL was asked if he is an activist in Michigan. He admitted he attends rallies, and having strapped an AR on his shoulder to go guard the recruiting offices in Chattanooga, TN. As per open-source, two military facilities in Chattanooga, TN were shot at, killing four marines, and leaving several others wounded. KROL has a concealed carry permit, and admitted he open carries often. He mentioned Michigan is liberal, but very conservative regarding gun ownership.

KROL asked NSU Officers who put a flag on his Passport and mentioned that his state representative is trying to figure it out. NSU Officers provided KROL a pamphlet regarding the Traveler Redress Inquiry Program (DHS TRIP) and the Freedom of Information Act. During the conversation,

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

(U//FOUO) Krol Stopped at Mexican Border

Continuation of FD-302 of ___on 10/27/2021_____ , On __10/29/2021__ , Page __3 of 3__

NSU Officers asked KROL if he had been in any trouble, to what he
responded it had been many years ago. NSU followed up by asking the
nature of his troubles, or if it had anything to do with riots or
rallies. KROL stated he had not attended any riots, and what had happened
in Washington, DC was not a riot. He defined it as a peaceful protest
where around two million people participated. He believes it is
"bullshit" how there are guys locked up because they were invited by the
police to walk right into the Capitol without doing any damage. KROL was
angered about how he had not seen the Transportation Security
Administration (TSA) stopping any ANTIFA or BLM people to question them,
yet he missed several flights within the past months because someone put
a flag on his Passport.

No derogatory information was discovered during the interview. NSU
Officers thanked KROL for being courteous and cooperative throughout the
time he was detained. KROL provided his most current contact information
as follows - address: ███████████████████████████████████████████████
███████████████████████████████████████. At approximately 1930
hours, KROL's personal belongings were returned, he was escorted out of
the processing area, and back to the vehicle with his family.

Observations: KROL's tattoos resemble his firm beliefs and patriotism.
They include cattle brand logos on his upper left shoulder referencing
the Bundy brothers' victory over oppression and Robert LaVoy Finnicum,
who killed in the occupation of the Malheur National Wildlife Refuge.
While he was visibly upset about being detained and all the scrutiny he
has been through recently with TSA and when traveling abroad, he was
complacent and respectful toward CBP and NSU Officers.

UNCLASSIFIED//FOUO