**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | Case No. 1:22-CR-00110-RC |
| | \| | Hon. Rudolph Contreras |
| v. | \| | |
| | \| | |
| MATTHEW THOMAS KROL, | \| | **Defendant's Sentencing** |
| | \| | **Memorandum** |
| Defendant. | \| | |

Contents

TABLE OF AUTHORITIES ....................2

United States Code ....................2

Case Law ....................2

REMORSE AND RESPONSIBILITY ....................3

MATTHEW THOMAS KROL'S PERSONAL HISTORY ....................3

MISSIONARY WORK ....................4

SUPPORT OF FAMILY AND FRIENDS ....................10

CHILDHOOD HISTORY ....................14

PLEA AGREEMENT ....................16

JUSTIFICATION FOR VARIANCES ....................17

CONCLUSION ....................18

# TABLE OF AUTHORITIES

## United States Code

Title 18, United States Code, Section 111(a)(1) and (b)

Title 18 United States Code §3553(a)

## Case Law

Pepper v. United States, 562 U.S. 476, 477 (2011)

**DEFENDANT MATTHEW THOMAS KROL'S SENTENCING MEMORANDUM**

NOW COMES Defendant Matthew Thomas Krol, by and through his attorney, Michael J Cronkright, and Cronkright Law, PLLC, and provides the court with the following information to be considered at sentencing in this matter. As the Court is aware, its obligation is to impose a sentence "sufficient but not greater than necessary to comply" with the factors found in Title 18 United States Code §3553(a). Mr. Krol's crimes are serious and will result in punishment; however, the punishment imposed must account for his individualized circumstances, in accord with the principle announced by the Supreme Court that "the punishment should fit the offender and not merely the crime." Pepper v. United States, 562 U.S. 476, 477 (2011).

**REMORSE AND RESPONSIBILITY**

Matthew Krol stands before the Court having been convicted by plea of the offense of Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon in Violation of 18 U.S.C. §§ 111(a)(1) & (b). He is looking forward to addressing the Court personally about his behavior and his remorse. It is expected that this Court will find him both remorseful and accepting responsibility for his role in the events of January 6, 2021. Given the opportunity, Mr. Krol will express his personal apologies to the people most affected by his behaviors, including all of the officers involved.

**MATTHEW THOMAS KROL'S PERSONAL HISTORY**

Mr. Krol's adult life can be summarized as a journey of overcoming a difficult childhood. He was born on March 10, 1958, to abusive and alcoholic parents, a fact that he neither dwells on nor likes to talk about. Some of the details regarding his upbringing will be presented *infra.* Despite tumultuous childhood relationships with his parents and siblings, he has learned to

forgive and, by choice, speaks highly of his family. Mr. Krol has been married to his loving and devoted wife, LK, for nearly 40 years. Her support for her husband during this time has been nothing short of incredible. The gratitude and clear dedication they show for each other is heartwarming. Together, Mr. Krol and his wife have three children they are incredibly proud of, and they have two grandchildren. Mr. Krol has built a life dedicated to helping those in need. Mr. Krol was able to utilize his construction experience to help rebuild communities worldwide, which were affected by horrific natural disasters.

**MISSIONARY AND DISASTER RELIEF WORK**

The first mission trip Mr. Krol participated in was life altering. He went on a 10-day mission trip to Haiti, West Indies, where he helped build a medical clinic in a remote village. Feeling incredibly inspired, he returned to the United States, gave away many of his possessions, and returned to Haiti to continue working as a missionary. Mr. Krol's trip was cut short after he developed health issues which required medical attention only available to him in the United States. Mr. Krol later continued his foreign missionary efforts by becoming a field representative with Global Missionary Alliance, which led to service opportunities in Haiti, Jamaica, Mexico, Guatemala, and Belize. In 1992, a very destructive Category 5 hurricane devastated the Bahamas, Florida, and Louisiana. Hurricane Andrew remained the most destructive hurricane to ever reach Florida in terms of structures damaged or destroyed, and remained the costliest in financial terms until Irma surpassed it 25 years later.[1]

[1] Hurricane Andrew - Wikipedia



*Mr. Krol's Mission Trip to Guatemala in the 1980's*

Hurricane Andrew destroyed more than 63,500 homes, damaged more than 124,000 others, caused $27.3 billion in damage (equivalent to $53 billion in 2021), and left 65 people dead.[2] The sheer magnitude of destruction caused by Hurricane Andrew impacted Mr. Krol immensely and he felt called to action. He put together a small team of men equipped with tools and generators to help with disaster relief in any way possible. When Mr. Krol arrived in

[2] Hurricane Andrew - Wikipedia

Florida and witnessed the wreckage firsthand, he and his wife made the decision to move to Florida temporarily to aid in reconstruction efforts.

In September of 2004, Florida faced Hurricane Ivan. Mr. Krol traveled to Panama City, Florida, to participate in the rebuilding following Hurricane Ivan. Soon thereafter, on December 24, 2004, the deadliest tsunami in record history took the lives of 230,000 people in Thailand, Sri Lanka, and Indonesia. The tsunami was the result of a 9.1 magnitude earthquake which "ripped through an undersea fault in the Indian Ocean, propelling a massive column of water toward unsuspecting shores."[3] In early 2005, Mr. Krol again swung into action, participating in relief efforts in Thailand and India following the tsunami.

[3] https://www.history.com/news/deadliest-tsunami-2004-indian-ocean









*Mr. Krol's 2005 tsunami relief efforts in India and Thailand*

In 2013, an EF5[4] tornado tore through Moore, Oklahoma. This tornado ravaged Moore, Oklahoma, and adjacent cities. Peak winds were estimated at 210 MPH. This tornado was devastating, claiming the lives of 24 people, and leaving 212 people injured. Once more, Mr. Krol leapt into action and joined the relief efforts.

*Figure 1:* Mr. Krol and other volunteers in Moore, Oklahoma

*Figure 2:* Photo of damage resulting from the tornado

*Figure 1:* Mr. Krol is pictures wearing a Moore, Oklahoma shirt while assisting in disaster relief.

[4] Incredible damage. Nearly all buildings aside from heavily built structures are destroyed. Cars are mangled and thrown hundreds, possibly thousands of yards away. Frame homes, brick homes, and small businesses, are swept away, trees debarked, corn stalks flattened or ripped out of the ground, skyscrapers sustain major structural damage, grass ripped out of the ground. Wood and any small solid material become dangerous projectiles. https://en.wikipedia.org/wiki/Enhanced_Fujita_scale

In 2014, Mr. Krol decided to start a Michigan disaster relief organization, registering Blue Skies Disaster Relief Services, L3C, with the State of Michigan. Ultimately, the organization did not gain any traction and was effectively abandoned as his focus shifted to service activities that did not require formal organization. Mr. Krol took the initiative to become certified in Community Emergency Response Teams (C.E.R.T.)[5]. Mr. Krol also became a Federal Emergency Management Agency (FEMA) C.E.R.T. instructor. The C.E.R.T. program educates volunteers about disaster preparedness for the hazards that may impact their area and trains them in basic disaster response skills, such as fire safety, light search and rescue, team organization, and disaster medical operations.[6] Because of these certifications, Mr. Krol had the opportunity to travel to various cities across the United States to teach and train individuals about basic disaster response skills.

Mr. Krol is very proud of his volunteer work in Flint, Michigan. That city came into the national spotlight because of a major drinking water crisis. Volunteers from around Michigan rallied to the cause of delivering bottled water to the City of Flint. Not surprisingly, Mr. Krol jumped into action. He joined and led the effort to deliver clean, bottled drinking water to his fellow residents, many of whom were economically devastated by the exodus of General Motors jobs. Many were struggling lower income inner city residents already distressed when they heard that their household water supply was unsafe. It is well known that the Flint Water Crisis resulted in many of the city children experiencing lead poisoning.

---

[5] See attached 2010-02-17 CERT Certificate
[6] Community Emergency Response Team | Ready.gov



*Figure 4.* Image is taken from the excellent Flint Water Crisis summary found at https://www.nrdc.org/stories/flint-water-crisis-everything-you-need-know#update

*Figure 5*. Flint water comparison to Detroit water. Image from https://www.wgvunews.org/news/2016-09-13/lead-tainted-water-lines-replaced-in-about-50-flint-homes

In his efforts to alleviate the suffering, Mr. Krol collaborated with the American Red Cross daily. His volunteer work in Flint is amongst his proudest moments. Most of his disaster recovery service was outside of the state of Michigan. He relished the opportunity to serve in his own community. Garnet and Deborah Elliot have been friends with Mr. Krol for 10 years and state that "Matthew was deeply concerned for the people of the city of Flint, Michigan when the water crisis was going on. He delivered water to the people in need during that time, once again showing his love for humankind." Jerome Barry III describes Mr. Krol as being involved in "bringing large amounts of bottled water and distributing them to local citizens. Matt worked at this for many months."

*Figure 6:* Mr. Krol wearing a "Flint Lives Matter" shirt while distributing clean drinking water to the residents of Flint, MI.

**SUPPORT OF FAMILY AND FRIENDS**

Although Mr. Krol was kept busy with his missionary work, he has managed to construct a loving and supportive family and amassed many friends. Mr. Krol and his wife, LK, have been

married for 39 years. Together, they have three adult children – AH, RB, MK – and two grandchildren. Arguably, the world is a better place because of Mr. Krol's presence and his continued dedication to humanity. Certainly, his family believes that, and there is little doubt that the recipients of his many disasters relief effort also believe that.

Mr. Krol's family and friends gush about his character in their unwavering letters of support. Collectively, the letters repeatedly state that Mr. Krol is selfless, awe-inspiring, a guiding light, loving, accepting, etc. Violent is not a word anyone who sincerely knows Mr. Krol would use to describe him.

LK, Mr. Krol's loving wife, states that "Matt is [her] other half and a huge part of my life and our family's life." She recounts Mr. Krol's extensive missionary work explaining, "[m]y husband has always had a heart for people. Before we met Matt was a missionary in Haiti helping in the medical clinic and with building projects. He has offered his help in disaster relief here in the U.S. and in other nations. In 2005 Matt and a small group of people went to India to assist with the tsunami devastation there. Throughout the years we have talked about these experiences and how this truly is my husband's heart to answer the call and meet the needs of people."[7]

[7] See Attached Letter of Support from LK

Mr. Krol's daughter, RK, wrote that Mr. Krol is a "guiding-light" in his grandson's life who, naturally and without hesitation, stepped into the father figure role stating Mr. Krol is a major source of support and wisdom for his grandson. She elaborates that Mr. Krol "is, and always will be, the most loving and exceptional father and husband," and "his love remains a guiding force that we cherish every day."[8]

[8] See Attached Letter of Support from RK

During Mr. Krol's extensive humanitarian work, he has had the opportunity to include his family in such efforts. His daughter, AH, states that her father is her "favorite person to travel with and that's because of his love for people, other cultures and what makes them all so uniquely special."[9] She recalls a beautifully heartfelt story of her father during a trip to Morocco for her wedding:

> "A few years ago, my husband and I got married in Morocco. As this is a Muslim country, the Islamic call to prayer is sounded loudly throughout the city multiple times a day. The evening before the wedding we were on the rooftop talking and enjoying the city view. Everything was pretty quiet until I heard the call to prayer sound very loudly. This was the first time hearing it since arriving and it was much more intense than I expected but in such a wonderful way. It was beautiful and impactful. As I was listening in awe, my dad said "wow, listen to how beautiful that is" with the most calm smile on his face. I will never forget that moment. It was so special. That moment reminded me of what a loving and accepting soul my dad really is and will always be. His love for people is far beyond anyone I have ever met. I hope one day I can accomplish having even half of the love he has to give."

RM and CM are Mr. Krol's in-laws and speak incredibly highly of Mr. Krol's character stating he is, "genuine, loyal, compassionate, God-fearing, and patriotic." In the over 40 years they have

[9] See Attached Letter of Support from AH

known Mr. Krol, they have only known him to be "the first one to offer his help. We have seen his compassion to help those in need or in crisis whether it is offering a place to stay or giving someone the shirt off his back, if needed, and always giving of his time to help those in need." They further note that their lives are better because Mr. Krol is part of their family.[10]

MT, a lifelong friend of Mr. Krol, explains that her initial thoughts about Mr. Krol is his quickness to help others. She states, "When natural disasters occurred, he was the first to volunteer for clean-up and assistance needed from Hurricane Katrina, the disaster in Oklahoma and various other states. He also did short-term volunteer mission trips to Haiti multiple times to help build homes for orphans and those displaced after several devastating storms."[11]

## CHILDHOOD HISTORY

Mr. Krol's family life as a husband, father and grandfather, his relationship to friends, and his passion to help others can be seen as a turning from his difficult childhood environment.

As a child, his parents would often physically and mentally abuse their children. His mother was known to use electrical cords to beat them. Mr. Krol's older brother was born with a heart murmur and the parents treated this child as immensely fragile. Mr. Krol was heavily scrutinized, and his parents would not tolerate many normal playful behaviors towards this older brother. On one occasion when Mr. Krol was just six years old, he attempted to play with his brother. His brother declined and so Mr. Krol, upset, went to his mother to be consoled, in which she slapped him and sent him to his room as punishment. Mr. Krol's eldest sister, who is ten years his senior, attempted to console Mr. Krol after his mother slapped him. However, Mr. Krol's

---

[10] See Attached Letter of Support from RM & CM
[11] See Attached Letter of Support from MT

father did not approve of her consoling him; dragging his sister out of the room by her hair and threatening to kill her.

Several years later, Mr. Krol, now a teenager, got into a typical sibling spat with his eldest brother. At the time, Mr. Krol's father worked nights and did not appreciate being woken up for any reason. During the argument, Mr. Krol's brother called out to their sleeping father for assistance in the kitchen; it did not take long before Mr. Krol was beaten by both his father and his brother. After freeing himself from the tussle, Mr. Krol went to a friend's house. Upon arriving at the friend's house, they advised that Mr. Krol should seek medical treatment as his face had been badly injured by his father and brother. Mr. Krol suffered a broken nose, fat and bloodied lips, sore ribs, and black eyes. Due to the lifelong abuse he endured, Mr. Krol moved out of the home at 15 years old.

Eventually, Mr. Krol's parents divorced. Mr. Krol's maternal grandfather was also an alcoholic who was in and out of halfway houses his entire adulthood. The lack of stability and guidance by Mr. Krol's mother may be explained by the fact that she was an alcoholic as well. However, during the divorce, she began abusing prescription medications. Mr. Krol's mother struggled financially due to the divorce, so Mr. Krol made the decision to drop out of the 10th grade to gain full-time employment and assist his mother financially with household expenses. Mr. Krol became employed as a mason tender, which is an onsite assistant to a stonemason. This is a skill and career Mr. Krol has maintained into adulthood.

At 19 years old, Mr. Krol had intentions to be a Marine. However, after only three weeks of basic training, Mr. Krol was honorably discharged from the United States Marine Corps. Unfortunately, following his honorable discharge, Mr. Krol developed a substance abuse issue

and this addiction resulted in a 40-day stint in the Oakland, Michigan, County Jail. Miraculously, Mr. Krol decided to make a major change for the better and began to grow his faith and fostered strong friendships with Christians. Mr. Krol sees his introduction to Christianity and acceptance of the Christian faith as the turning point in his life. As reported in the PSI, this turning point immediately led to significant life improvements, including the rather sudden recovery from drug use and addiction. His vision for family has been significantly affected by his faith. That change can be seen in the radical contrast between his relationship with his wife, children, and grandchildren, when compared to the dysfunctional childhood he endured. Today he has no greater passion than to return to his family as soon as possible and serve them for the remainder of his life.

**PLEA AGREEMENT**

On August 15, 2023, Mr. Krol pled guilty to count four of the indictment filed on March 30, 2022. Count four of the indictment states:

> On or about January 6th, 2021, within the District of Columbia, **MATTHEW THOMAS KROL**, using a deadly and dangerous weapon, that is a baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch pf the United States Government (including any member of the uniformed services), an officer from the United States Police Officer A.G. , while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.
>
> (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, Untied States Code, Section 111(a)(1) and (b))

The statement of facts, to which Mr. Krol agreed, are clearly in stark contrast to the life of service over the past 42 years. The most disturbing fact presented to the Court clearly includes

the aggression against the police line, the wresting away of a police baton, and the striking of multiple officers with that baton. All of that occurred in a period of time of less than a minute. That minute, or even that hour, doesn't define Matthew Krol even if it demonstrates his worst behavior on January 6, 2021. Mr. Krol will offer no excuse for that behavior.

One unique aspect of this event is the vast amount of video evidence available. Mr. Krol himself has had the opportunity to examine the video of his own behavior and finds it disturbing. He envisions himself as someone who supports and appreciates law enforcement. During his confinement, he has struggled with the comparison of his support of law enforcement over many years with his behavior on January 6.

Under this agreement, a single contested matter is left for the Court to decide. This is, of course, whether Mr. Krol caused the injuries to Officer Gonell. Mr. Krol will accept the judgment of the Court on this issue. He has examined the available evidence and does not believe that he caused the injuries. It should be clear that he accepts responsibility for the assault. Mr. Krol also wants to make it clear that, in this officer, he sees a man who did not deserve to be assaulted. He sees a man who performed his duties heroically and was severely injured in doing so. As indicated, he will address the Court directly and Officer Gonell directly when given the opportunity. Suffice it to state here that he sincerely regrets his actions against each of the officers involved.

## JUSTIFICATION FOR VARIANCES

Mr. Krol is 65 years old and has many health issues detailed by the medical records previously submitted to the court. The Court is well aware that he has an extensive history of heart problems, that he came into custody with a heart monitor vest and was eventually provided

with a pacemaker by the physicians at the University of Virginia. As one might expect, there is no projection available for the life expectancy of someone with his condition.

For over 40 years Mr. Krol has dedicated his life to being a servant to the needy. He has done so to an exceptional degree in terms of consistent, unwavering involvement in disaster relief worldwide. Mr. Krol's inspiring history of missionary work extends over decades and includes countless mission trips, disaster relief training and certifications, and even a relief organization founded by Mr. Krol. It is clear that Mr. Krol's contributions to humanity are exceptional and worthy of consideration.

Mr. Krol's actions on January 6th are extremely aberrant. According to Miriam-Webster dictionary, aberrant means "deviating from the usual or natural type" and "a person whose behavior departs substantially from the standard." Synonyms for aberrant include "atypical" and "abnormal." Prior to January 6, 2021, Mr. Krol could be easily located assisting others or spending time with his family; the same is said about his post January 6th behavior. In fact, on the day that Mr. Krol was arrested, he was on his way to assist a friend with a construction project. This is yet another example of Mr. Krol's remarkable character to add to an already exhaustive list. The Court is asked to consider his crimes in the context of his otherwise impressive life of service.

## CONCLUSION

Mr. Krol presents to the Court as a man truly remorseful and accepting responsibility for his actions. He rose above the challenge of a difficult childhood to become a solid, dependable, and loving family man. He dedicated his adult life to serving others in need. He is a senior citizen with serious medical challenges with a single aspiration: To walk out of confinement and spend the rest of his life focused on his family. His recidivism risk is extremely low. He has been a

gentleman while incarcerated, getting along well with other inmates and jail officials. It is respectfully submitted that he is an excellent candidate for home confinement; and in the alternative that a substantial variance is warranted on the facts of his life.

Respectfully submitted,

Dated: December 7, 2023

______________________________
Michael J Cronkright (P52671)
Attorney for Matthew Krol