# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | \| | Case No. 1:22-CR-00110-RC |
| | \| | Hon. Rudolph Contreras |
| v. | \| | |
| | \| | |
| MATTHEW THOMAS KROL, | \| | |
| | \| | |
| Defendant. | \| | |

Michael J Cronkright (P52671)
Attorney for Matthew Thomas Krol
4601 W. Saginaw, Ste. J2A
Lansing, MI 48917
Phone: (517) 719-4401
Fax: (517) 913-6123
Michael@Cronkrightlaw.com

Andrew Tessman
United States Attorney's Office
555 4th Street NW
Washington, D.C. 20001
Phone: (202) 256-2397
Andrew.Tessman@usdoj.gov

## DEFENDANT'S SENTENCING MEMORANDUM EXHIBITS

NOW COMES, Matthew Thomas Krol, by and through his Attorney Michael J Cronkright, and presents the following letters of support and exhibits:

1. Lisa Krol
2. Ashley Holt
3. Denise McKay
4. Garnet & Deborah Elliot
5. James O'Brien
6. Jason McKay
7. Jerome Barry

8. Matthew Krol Jr.
9. Mary Turner
10. Melanie McKay
11. Ralph & Cathie McKay
12. Rebecca Krol
13. Steve Adams
14. CERT / Training Certificates

Respectfully submitted,

_Michael J Cronkright (signature)_

Michael J Cronkright (P52671)

Dated: December 7, 2023

October 30, 2023

Hon. Rudolph Contreras
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C.  20001

RE:  **United States v. Matthew Krol**
      **1:22-cr-00110-RC**

Dear Judge Contreras:

I would like to take this time to share a few things from my heart to give you a better picture of my husband.  I know there is a Matt Krol that you have heard and read about, but I would like to share another side that comes from someone that has known him for almost 40 years.  Matt and I are best friends, have done most everything together, and love each other very much.  We were married in September of 1984 and have three amazing children, all married and with two beautiful grandchildren who know us as Bapa and Grammy.   We are a very closeknit family and spend as much time as possible together.  Matt is my other half and a huge part of my life and our family's life.  I miss him terribly every day.  We make every effort to talk on the phone at least once a day since being apart on February 22, 2022.

Matt's faith and family are the most important things to him.  My husband has always had a heart for people.  Before we met Matt was a missionary in Haiti helping in the medical clinic and with building projects.  He has offered his help in disaster relief here in the U.S. and in other nations.  In 2005 Matt and a small group of people went to India to assist with the tsunami devastation there.  Throughout the years we have talked about these experiences and how this truly is my husband's heart to answer the call and meet the needs of people.  Ironically, he was actually on his way to help out a friend the morning of his arrest.

Since my husband's incarceration 21 months ago, his health, specifically his heart condition, has been devastating on so many levels.  It has been extremely hard for me not being able to be at his side, as I normally would be.  I continue to pray for the day we are able to be together again.

As a side note, my husband and I made a difficult decision to not have me attend Matt's sentencing, not for a lack of concern or care, but Matt and I felt it would be much harder for me to attend his sentencing. I would only see him from a distance, and not be able to speak to him.  It would be too difficult for both of us.

Thank you for your time and consideration.

Sincerely,
Lisa Krol

November 5, 2023

Hon. Rudolph Contreras

United States District Court,

District of Colombia

333 Constitution Avenue N.W.

Washington D.C. 20001

Re:   United States v. Matthew Krol

Dear Judge Contreras,

Ever since I was a little girl my dad has been my favorite person to travel with and that's because of his love for people, other cultures and what makes them all so uniquely special. I've lived most of my adult life in another state away from my parents and hadn't been able to experience traveling with my dad in quite some time.

A few years ago, my husband and I got married in Morocco. As this is a Muslim country, the Islamic call to prayer is sounded loudly throughout the city multiple times a day. The evening before the wedding we were on the rooftop talking and enjoying the city view. Everything was pretty quiet until I heard the call to prayer sound very loudly. This was the first time hearing it since arriving and it was much more intense than I expected but in such a wonderful way. It was beautiful and impactful. As I was listening in awe, my dad said "wow, listen to how beautiful that is" with the most calm smile on his face. I will never forget that moment. It was so special. That moment reminded me of what a loving and accepting soul my dad really is and will always be. His love for people is far beyond anyone I have ever met. I hope one day I can accomplish having even half of the love he has to give.

Thank you Judge Contreras for taking the time out of your extremely busy day to read this letter. I appreciate it more than you will ever know.

Respectfully,

Ashley Holt

# Honorable Rudolph Contreras

July 26, 2022

United States District Court

District of Columbia

Re: Matthew Krol,  Case Number 1:22-cr-00110-RC

Dear Judge Contreras,

I am writing this letter on behalf of my brother-in-law, Matthew T Krol. Matt started dating my sister, Lisa, approximately 40 years ago; they were married shortly after and are still very much in love today.

I would like to share a few things about Matt that only family and friends would know.

He's a very faithful husband, father, grandfather and friend. He's been known to go out of his way help strangers across the country and even the globe.

Matt and Lisa have raised three amazing children and are currently helping to raise one of their grandchildren.  Zayden is four years old now and Papa Matt is his best friend.

Our family loves Matt for so many reasons, but the main thing that I have always respected about Matt is his love for God and how he puts his family first.

Matt has certainly had his share of problems in this life but no matter what, if you show up at his house at six AM you'll find Matt with a cup of coffee, a smile and Bible in hand.

I know Matt to be an honest, principled, God-fearing man who loves his wife more than anything in the world and is likely praying for her more than himself  right now. We are very worried about his heart condition and praying that the court will have mercy and allow him to come home.

My entire family and friends are praying for Matt daily, but we're also praying for you to have the wisdom that you need to make the right decisions regarding these matters.

I'm sure that you are very busy and I thank you so much for taking the time to read this letter.

Sincerely,

Denise McKay

*Saturday, July 23, 2022*

*Honorable Rudolph Contreras United States District Court District of Columbia Washington DC 20001*

*Regarding:  Matthew Krol, Case Number 1:22-cr-00110-RC*

*Dear Judge Contreras;*

*We greatly appreciate you taking the time to consider our input about Matthew Krol, and some experiences we have had with him.*

*We have known Matthew Krol for approximately 10 years, and I (Deborah) have known his wife for many years prior as my hair dresser.  It was through her that we met Matthew Krol.  Matthew has done remodeling work, repairs, and custom carpentry work in our home since we've known him.  We also hired him to intervene in a dispute we had with a contractor over window installation.  He handled the situation with professionalism, helping us to negotiate a satisfactory resolution of the issues involved. He then professionally trimmed out the 16 windows and the patio door.  This was an "extremely" stressful situation that we had contacted lawyers over with little help, and Matthew handled himself in such a way that all parties were more than satisfied.  He treated everyone with the utmost respect in a very tenuous situation.*

*Matthew also helped us rectify a situation with poor kitchen counter installation caused by  the contractors incompetence.  Once again he showed the utmost respect for all parties involved.  Never once has Matthew intimidated "anyone" in our presence.  It is obvious he values people of all races, and positions, and their rights.   He employed people while he worked for us that could not find a job otherwise, training them in valuable life and work skills.  In a tangible way he obviously cared about and respected them greatly.  Matthew always went the extra mile in communicating, and following through with what we had agreed upon.  We never had any concern when leaving him alone in our home to do work.  His honesty and trustworthiness gave us confidence to do so. He is one of the kindest, and most open-hearted people we have ever known.*

*Matthew was deeply concerned for the people of the city of Flint, Michigan when the water crisis was going on.  He delivered water to the people in need during that time, once again showing his love for mankind.*

*Matthew even ran for the position of Sheriff of Genesee County, confirming to us that he walks his talk.  In a practical manner, he lives out his deep love for people and his country.  Although he did not win, the fact that he got a very large percentage of the vote, confirms our strong belief that again; Matthew Krol cares deeply about people, and their situations in life.  We would strongly recommend him to anyone based on his excellent integrity and character qualities.*

*Sincerely,*

Deborah R. Elliott

*Deborah R. Elliott*

Garnet L. Elliott

*Garnet L. Elliott*

James P O'Brien

205 N First Street

Holly, MI

48442

Honorable Rudolf Contreras

United States District Court

District of Columbia

333 Constitution Avenue, NW

Washington, DC 20001

27th July 2022

RE:    Matthew Krol:  Case # 1 : 22 – CR – 00110 – RC

Dear Judge Contreras

Having known Matthew Krol for more than fifty years, I am confident that I can attest to his character very well.

We became acquainted in the early 70's when Matthew was a classmate of my younger brother.

From 1974 through 1979, I served as treatment co-ordinator and eventually director of a non-profit community based youth counselling program. It was in that capacity that I truly came to know Matthew. He volunteered countless hours with various fund raising efforts on behalf of that organization (H.E.L.P Center, Highland, MI) during those 5 years. In addition to this, he served for a time on the H.E.L.P Board of Directors which proved hugely beneficial to the development of the organization during that time.

In the years that followed, while we went our separate ways as we pursued our own paths in life and started our respective families, we remained steadfast friends with a mutual respect for each other.

Some years our visits have been seldom while others we have spent countless hours in each others company. Such is the nature of our friendship, that time nor distance impacts shared love and respect we have for each other and our families.

I pride myself on being an excellent judge of character and Matthew has consistently proven himself to be trustworthy, generous and extremely hard working. His ubiquitous devotion to family and friends is both reliable and unwavering.

I am grateful to have had this friendship with Matthew over the years which has inspired me writing to you today.

Should there be any desire for further information or if you wish to discuss anything I have mentioned above in greater detail, I would be more than happy to oblige.

Very Truly,

James P. O'Brien

Ph: (248) 875 - 1818

Dear Judge Contreras:

I am writing this letter on behalf of my brother-in-law, Matthew Krol, whom I love. I've known Matt for close to 40 years. As I was growing up Matt would take me on construction jobs and teach me skills like reading a tape measure, using a nail gun, framing, roofing and much more. Matt loves to teach. He has also been married to my sister for the majority of the time that I have known him and he has always taken excellent care of his family. Matt loves cooking fine foods and a lot of the finer things in life. Matt is always willing to stand up for what is right. He is not afraid to have hard conversations. His convictions are strong and as long as I have known Matt, he has always fought for what he thought was right. He has a heart for global missions. I know that each time we have talked about missions or missionary trips that he has been on, he has had tears in his eyes. Matt has a heart for the Lord.

Matt can be a strong personality. Matt and I have not always agreed on everything. He will not cower from a hard conversation that he believes in, however if he stands corrected, he will humbly own it. Considering all of the hard conversations that he has had; it is my knowledge for as long as I have known Matt that he has not been in trouble with the law. It just is not in his character. Matt is a patriot, and loves our country but he is also a family man who loves his family and it is obvious. His grandchildren would probably describe his as Santa Clause, always smiling and playing with them and probably a push over for snacks.

I know Matt had made many mistakes in his teenage years from him telling me stories from when I was a child. I know that those mistakes were turning points in his life when he got saved. He learned from those mistakes and never went back to that lifestyle again. Matt is your typical small-town guy that everybody knows and loves. Matt invests into his community and has lived locally in the Fenton/Linden area for about 40 years. Matt and Lisa live a humble, small-town life making a humble small living and living in a humble small apartment but they are happy. If you stop by their home, you will notice all the landscape has an extra special touch and you will be invited in for a 5-star home cooked meal, an excellent cup of coffee or maybe a glass of wine depending on the time.

Thank you for your time,

Pastor Jason McKay

7-23-22

July 23, 2022

Hon. Rudolph Contreras
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: Matthew Krol, Case Number 1:22-cr-00110-RC

Dear Judge Contreras:

I am writing to share with you information regarding Matt Krol. I have known Matt Krol personally for almost 38 years. Matt Krol is one of the rare individuals that will drop whatever he is doing to help others. I've seen this often over the last 4 decades or so. In many capacities from performing home repairs to groceries to, to appliances etc. whatever he could help with he and his wife Lisa do help.

I met Matt while he was performing work for the city of Fenton MI in about 1984. The city was in a budgetary bind and Matt was only charging the city for part of the labor to repair concrete sidewalks that were in disrepair during a long economic downturn in the 1980s.

I've seen Matt drop everything many times over the last 40 years to go and provide aid relief in natural disaster events – from Hurricanes, tornadoes, floods, tsunamis etc., both in the United States and also in many relief trips to other countries. I specifically remember him doing relief work in Haiti on more than one occasion.

Matt has maintained close contacts within the emergency response organizations both civil and private. I am not an expert in these areas but I know that Mat is and he has participated at a professional level in the disaster relief organizations. It has been important to Mat to maintain and enhance the various certifications for rescue & relief trainings, best practices, safety, first aid, and all that is involved in relief aid efforts.

Matt was involved in the relief effort in Flint, Michigan during the Flint water crisis. The relief effort involved bringing in large amounts of bottled water and distributing them to local citizens. Matt worked at this for many months.

Matt has participated with law enforcement through all the years I've known him to train and assist law enforcement in whatever volunteer capacities that were needed. From local police to the county sheriffs and probably more. Anyone who knows Matt knows his love of people and his willingness to help and share. Matt knows many of our local deputies and has maintained a positive relationship with law enforcement officers that he knows.

Anyone who knows Matt also knows his love for the USA. Mat is and always has been very patriotic. Matt is vocal about his fervent beliefs in the goodness and excellence of the United States of America and the principles and ordinances of the founding documents of the USA.

Matt has been attending rallies for different causes, and conservative platforms for all the years that I have known him. He is one of those people that will actually take time from work to attend public forums and promote his beliefs in our great nation.  Matt is and has been an ardent and active participant in promotion of our US constitution and founding documents and as mentioned Matt is known for his patriotic love for the USA, the principles and blessing derived from our unique history as the leader in freedom.

I am aware that Matt is accused of crimes of violence.  I have not seen the video, other than a brief clip that was on television, but I don't approve of violence.  What I can say is that if Matt has committed any violent acts, it would be out of character for him.  I know him to be a peaceful person.  I also know Matt to be verbally outlandish at time and I have challenged him about the way he talks at times.  Even when he talks in a way that I would not.

I hope you will take my information into consideration.


Sincerely,

Jerome Barry III
810-931-1164
922 Main Street
Fenton MI 48430

November 17, 2023

Hon. Rudolph Contreras

United States District Court,

District of Columbia

333 Constitution Avenue N.W.

Washington D.C. 20001

Re: United States v. Matthew Krol

Dear Honorable Judge Contreras,

I trust this letter finds you well. I am writing to provide a glimpse into the character of a truly remarkable man, my father, Matthew T. Krol.

Throughout my life, I have had the privilege of witnessing and experiencing the immense generosity and kindness that defines my father. His commitment to teaching the next generation extends beyond mere knowledge; he imparts essential values, from work ethics to manners, creating an environment of endless love and understanding.

One of the many facets of my father's character is his passion for bringing people together. Whether hosting friends and family or showcasing his latest construction projects, he exudes enthusiasm. His meals are not just about flavors; they are a reflection of his desire to create memorable experiences for everyone around him.

The impact my father has had on the lives of those close to us is immeasurable. I have heard stories from relatives my age who, lacking proper parental figures, found in my father a mentor and guide. The gratitude expressed by cousins who weep with appreciation for the prosperity he brought into their lives is a testament to his selfless nature.

In any public setting, my father effortlessly forges connections. His cordiality is unmatched, making it seem as though he knows everyone around him. His infectious smile and the melody of whistling accompany him through stores as he goes about his daily business.

I take immense pride in being raised by such an outstanding human being. His generosity knows no bounds, extending even to missionary trips where he not only preaches the gospel but actively participates in building and rebuilding communities. His contributions in third-world countries, such as Haiti and India, display his dedication to making a positive impact on a global scale.

In conclusion, I hope this letter provides a glimpse into the extraordinary character of my father, Matthew T. Krol. His unwavering commitment to kindness, generosity, and community service makes him a beacon of inspiration for all who have the privilege of knowing him.

Thank you for considering this letter.

Sincerely,

Matthew T. Krol II

July 23, 2022

TO: Honorable Rudolph Contreras

United States District Court District of Columbia

RE: Matthew Krol, Case Number 1:22-cr-00110-RC

FROM: Mary L. Turner LC CLT


Dear Judge Contreras,

I am writing on behalf of a life-long close friend of mine, Matthew Krol.

I originally met Matt 43 years ago in 1979 when I was 16 years old at a Bible study he was teaching at a friend's house. He was encouraging to all of us, and we enjoyed his Bible studies very much.

He married a dear friend of mine, his wife of over 38 years, Lisa.  We have remained close throughout the years, and have spent many happy times together. I am also life-long friends with his wife's family and Matt has always been known as a loving husband and father, as well as now a loving grandfather.

My initial thought about Matt is that he is always quick to help others. When natural disasters occurred, he was the first to volunteer for clean-up and assistance needed from Hurricane Katrina, the disaster in Oklahoma and various other states. He also did short-term volunteer mission trips to Haiti multiple times to help build homes for the orphans and those displaced after several devastating storms.

He is a man who has a deep passion for helping others, and always has.

The 3 children Matt and Lisa raised are beautiful, independent and happy adults who remain very close to their parents. Their love and respect for Matt and Lisa has always been apparent to any who spent time with them.

Thank you, Judge Contreras, for your time and consideration in reading this letter.


Very Respectfully,

Mary L. Turner

315 E Lincoln Avenue New Castle, PA 16101

Dear Judge Contreras:

I am writing this letter on behalf of my brother-in-law, Matthew Krol. We met 31 years ago when I met and started hanging out with his brother-n-law and my now my husband. Matt has always been someone I can go to if I need help with something or just to talk. Matt is also a renter of ours and has lived in one of our rentals for over ten years and has always paid rent on time but more then that has gone above and beyond just paying rent, he has made so many updates to the rental on his own and has never asked to be paid for that. He always wants to bless us in any way he can. Time and time again Matt has gone beyond what is needed, he is very selfless and has a heart of gold for not only us but our kids and grandchildren. Everyone loves their Uncle Matt. He loves helping people in general.

When I first met Matt, he invited me over to his home with his wife and children. Selflessly made me dinner and wanted to get to know me as a person. He shared God with me and prayed with me before I left. My
husband and I are currently on staff at a church and a lot of what Matt has shared with me over the years I have used to help and minister to others.
He adores his family and wife and has worked so hard over the years to provide for them.


Thank you for taking your time to read this,

Melanie Mckay
7-23-22

November 11, 2023


Hon. Rudolph Contreras

United States District Court

District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C.  20001


RE:  **United States v. Matthew Krol**

      **1:22-cr-00110-RC**

Dear Judge Contreras:

My wife and I are writing this letter on behalf of our brother-in-law, Matt Krol.  He has been a part of our lives for over 40 years and married to my sister for 39 years.  Needless to say, we have known each other for a good portion of our lives and lived in the same community with him.  Matt is family but he is also one of our best friends.  Our families are very close as we do not live far from each other and we enjoy spending time together.


If we were to describe Matt's character it would be genuine, loyal, compassionate, God-fearing, and patriotic. Since we have been a part of each other's lives for over 40 years we have seen his genuine love for my sister, his children and grandchildren.  We have seen his loyalty to stand by his family and friends.  Matt has always been the first one to offer his help. We have seen his compassion to help those in need or in crisis whether it is offering a place to stay or giving someone the shirt off his back, if needed, and always giving of his time to help those in need.  We know him to be God-fearing, always seeking God first in his life.  He is not perfect, but we have always known him to put his complete faith in God.  We also have seen his patriotism and his love for our country and we admire this quality.


Our lives are better because Matt is a part of our family and we miss him greatly since he has been incarcerated.  We also pray for you as you make this sentencing decision and we pray that you will see a different side of our brother-in-law.


Thank you for your time and consideration.

Sincerely,


Ralph & Cathie McKay

November 3, 2023

Hon. Rudolph Contreras

United States District Court

District of Columbia

333 Constitution Avenue, N.W.

Washington, D.C. 20001


RE: United States v. Matthew Krol

      1:22-cr-00110-RC


Dear Judge Contreras,

     As I sit here about to write this letter, I am feeling such bittersweet nostalgia from the smell of coffee, bacon, and eggs with the fresh crisp morning air. Reminding me of waking with my dad making us breakfast almost every morning from when we were little kids to now as grownups coming over to visit. Some of my fondest memories growing up are of us all in the kitchen cooking together as a family.

     I hope this letter finds you well and shows you the true warmth of the love my dad has always provided to not only his family but everyone around him. Growing up under his care, I came to appreciate the strength of his love—a love that was both strict and protective but always, without fail, nurturing. His commitment to raising us in a devout Christian home shaped not only our values but also instilled a sense of purpose in our lives. He was and still is the best husband to my mom and the example of what I knew I wanted to look for in a husband.

He's not only been my father but also a guiding light for my son. With my son's dad moving away, my dad stepped into that role seamlessly, becoming a source of support and wisdom for him. His unwavering dedication to being the best father figure highlights the depth of his love and the genuine care he extends to those around him.

My dad's passion for our country is awe-inspiring. His selflessness, seen in the countless times he opened our home to those in need, reflects the true essence of his character. He's taught me the value of generosity, treating everyone as family. His patriotism, combined with his innate kindness, paints a portrait of a man who not only loves his family deeply but also his country with unmatched fervor.

My dad, is, and always will be, the most loving and exceptional father and husband. His influence continues to shape our lives, and his love remains a guiding force that we cherish every day. We sincerely appreciate you taking the time to read our support letters for even the slightest chance of you understanding who the true Matthew Krol is. Thank you.

Very Respectfully,

*Rebecca A. Krol*

Rebecca A. Krol



7/22/2022

Hon. Rudolph Contreras
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001
Re: Mathew Krol, Case Number 1:22-cr-00110-RC

Dear Judge Contreras:

I am writing this letter on behalf of my friend Matthew Krol, as a testament to his character and his life. I have had the privilege of knowing Matt for the better part of 20 years. We first met as neighbors and became great friends as individuals and as families. Even though we moved apart 10 years ago, we have continued to get together a few times each month. In addition to his stalwart friendship, I have been the recipient of one of his many talents, as a contractor. These experiences have given me great insight to Matt as a friend, neighbor, and businessman.

In all three categories above, two things tie them all together: his love of Christ and his devotion to our country. Those two things drive his every fiber to be a great father, husband, friend, and citizen. They are his foundation and everything he does transcends from there.

Matt is a kind, generous, and thoughtful person to everyone in his life. He is also a very peaceful person. I witnessed this while being his neighbor. An example is when he was forced to vacate the home he was renting so the owner's grandson could move in. It came as a surprise, with very little notice, and happened at a very stressful time in Matt's life. Add to this that the grandson approached Matt and was being very belligerent and degrading to Matt in front of Matt's family. I witnessed Matt calmly and peacefully diffuse the situation whereas a lesser man would have been combative. It is in his natural character to find a peaceful and good resolution no matter what the issue is at hand. If you ever need anything or anyone, Matt is the one people call. He always puts others first. Plain and simple.

Matt is and will always be a great man that I look up to and appreciate. Thank you for taking the time to read this letter. If you have any questions or would like to contact me, I can be reached at 810-287-3052.

Regards,

Steve Adams
General Manager
Paslin Inc.

25303 Ryan Road
Warren, MI 48091
586-758-0200

3400 East 10 Mile Road
Warren, MI 48091
586-755-3606

23655 Hoover Road
Warren, MI 48089
586-755-1693

52550 Shelby Parkway
Shelby Twp., MI 48315
586-843-1600

www.paslin.com

Providing Solutions Since 1937

Jubil 2017 Rev

# U.S. Department of Homeland Security

## Community Emergency Response Team (CERT) Program

This Certificate of Achievement is to acknowledge that

*Matthew Thomas Krol Sr.*

has reaffirmed a dedication to disaster awareness and community preparedness through completion of the independent study course:

*Introduction to Community Emergency Response Teams (IS-317)*

Issued this 17th day of February, 2010

Timothy W. Manning
Deputy Administrator, Protection and National Preparedness.
Federal Emergency Management Agency
U.S. Department of Homeland Security





# Michigan State Police

## Certification of Training

This is to certify that

### Matthew Krol



has successfully completed a course in

Community Emergency Response Team: Train the Trainer (G-317.t)

consisting of   16 Ce   hours of instruction.

2/25/2010

Date







AUTHORIZED
IACET
PROVIDER

FP MKIT147 88304

TEEX ID: 1028451

TRAIN • SERVE • RESPOND

# TEXAS ENGINEERING EXTENSION SERVICE

The Texas A&M University System

IN COOPERATION WITH THE

DEPARTMENT OF HOMELAND SECURITY

FEDERAL EMERGENCY MANAGEMENT AGENCY

## *Matthew T. Krol*

has successfully completed

Incident Command Systems (ICS) Forms Review

Saginaw, Michigan

4.50 Hours

October 12, 2010

Dr. G. Kemble Bennett, Executive Director
The National Emergency Response &
Rescue Training Center

Gary F. Sera, Director
Texas Engineering Extension Service
State Board for Educator Certification #500132






# TEXAS ENGINEERING EXTENSION SERVICE

## The Texas A&M University System

In Cooperation with the

DEPARTMENT OF HOMELAND SECURITY (DHS)

OFFICE OF GRANTS AND TRAINING (G&T)

## (MGT-100) NEW WMD Incident Management/Unified Command Concept

### *Matthew Krol*

successfully completed and is awarded 0.8 CEUs

on

14 October 2010

Dr. G. Kemble Bennett, Executive Director
The National Emergency Response &
Rescue Training Center (NERRTC)

Les Burke, Division Director
Emergency Services Training Institute







TRAIN • SERVE • RESPOND

# TEXAS ENGINEERING EXTENSION SERVICE

The Texas A&M University System

IN COOPERATION WITH THE

DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY

## *Matthew T. Krol*

has successfully completed

Incident Management / Unified Command (MGT-313)
(ICS-300 Equivalent and Compliant)

Saginaw, Michigan
24 Hours
2.40 CEUs
October 13 - 15, 2010

Dr. G. Kemble Bennett, Executive Director
The National Emergency Response &
Rescue Training Center

Gary F. Sera, Director
Texas Engineering Extension Service
State Board for Educator Certification #500132

FP MGT313 68M5
TEEX ID: 1026208
AUTHORIZED
IACET PROVIDER