UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MATTHEW THOMAS KROL,<br><br>　　　　　Defendant. | Case No. 1:22-cr-110 |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves the Court to withdraw as a counsel of record in this matter.

I was a pro bono attorney on this matter receiving no compensation and believed I had been removed long before now. I have not been involved in the matter for over 18 months.

Dated: February 5, 2025

Respectfully submitted,

/s/ Edward R. Martin, Jr.
Edward R. Martin, Jr.
10017 Park Royal Drive
Great Falls, VA 22066
Phone: (314) 606-6462
Email: edmartin1791@gmail.com

**Certificate of Service**

I hereby certify that on the 5th day of February, 2025, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):counsel of record.

/s/ Edward R. Martin, Jr.
Edward R. Martin, Jr.
10017 Park Royal Drive
Great Falls, VA 22066
Phone: (314) 606-6462
Email: edmartin1791@gmail.com